IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JESUS ARIZMENDI MORA, | * |
| Petitioner, | * |
| v. | Case No. 4:25-cv-342-CDL-AGH |
| | * |
| JASON STREEVAL, *et al.,* | * |
| Respondents. | * |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated November 1, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 3rd day of November, 2025.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk